UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-208 (SRC) |
| SIXING LIU | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (L. Judson Welle, Assistant U.S. Attorney, appearing), and defendant Sixing Liu (Valerie Y. C. Wong, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right to the extent of the continuance appearing below, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Counsel for the government and the defendant have conferred regarding discovery that will be provided pursuant to this Court's April 14, 2011, Standing Order for Discovery and Inspection and further orders that the Court may enter;

(2) the defendant has stipulated to the extension of the government's time to review and return computers and electronic storage devices/media;

(3) The defendant anticipates receiving a large volume of discovery materials, including electronic files and technical information, from the government and desires sufficient time to review those materials prior to the filing of pre-trial motions;

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 28 day of April, 2011,

ORDERED that the dates set forth in the Court's April 14, 2011, Standing Order for Discovery and Inspection are adjourned as follows:

(a) defendant's motions shall be due on **June 30, 2011**;

(b) the government's response shall be due on **July 12, 2011**;

(c) hearing on the motions shall be held on **July 25, 2011, at 10:00 a.m.**; and

(d) trial of the matter shall be held **August 2, 2011, at 10:00 a.m.**;

ORDERED that this action be, and it hereby is, continued for a period of forty-five (45) days from the date of this order; and it is further

ORDERED that a period of forty-five (45) days from the date of this order shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

L. Judson Welle
Assistant U.S. Attorney

Valerie Y. C. Wong, Esq.
Counsel for defendant Sixing Liu

3