UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-208 (SRC) |
| SIXING LIU,<br>a/k/a "Steve Liu" | : | O R D E R |

Upon the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by L. Judson Welle, Assistant U.S. Attorney), with the consent of the defendant Sixing Liu (by James Tunick, Esq.), and good cause appearing,

IT IS HEREBY ORDERED that the deadline set forth in the Addendum to Attachment B of the Search Warrant issued on March 4, 2011, in Case Number 11-M-111, by the United States District Court for the Northern District of Illinois, which authorized the search of the defendant's residence in Deerfield, Illinois, is hereby extended for an additional period of thirty (30) days from the entry of this order as it relates to property presently located in the District of New Jersey.

IT IS SO ORDERED, on the 2 day of ____ 2011.

HONORABLE STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

L. Judson Welle
Assistant U.S. Attorney

James Tunick, Esq.
Counsel for defendant Sixing Liu