UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>SIXING LIU,<br>    a/k/a "Steve Liu" | Hon. Stanley R. Chesler<br><br>Crim. No. 11-208 (SRC)<br><br>ORDER |

To:   The Clerk of the Court and Interested Parties:

This matter, having been brought before this Court on Motion for Leave to Withdraw as Counsel for Defendant of Valerie Y.C. Wong and Wong, Wong & Associates, P.C., and the Court having reviewed the moving papers and considered this matter, and being otherwise fully advised in the premise, and good cause having been shown,

It is on this 18 day of July 2011,

ORDERED that the Motion to Withdraw is GRANTED;

ORDERED that Valerie Y.C. Wong and Wong, Wong & Associates, P.C. are hereby withdrawn as counsel for Defendant Sixing Liu;

ORDERED that Attorney James D. Tunick, 53 West Jackson Boulevard, Suite 1437, Chicago, IL 60604, has been substituted as counsel for Defendant in these proceedings; and

ORDERED that Valerie Y.C. Wong shall serve a copy of this Order upon Attorney James D. Tunick as counsel for Defendant within five (5) days of the date of this Order.

The Honorable Stanley R. Chesler
United States District Judge