UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-208 (SRC) |
| SIXING LIU | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (L. Judson Welle, Assistant U.S. Attorney, appearing), and defendant Sixing Liu (James Tunick, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right to the extent of the continuance appearing below, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The Court previously ordered the defendant to file pretrial motions by August 30, 2011;

(2)  Counsel for the government has informed counsel for the defendant that the government anticipates the return of a Superseding Indictment in the coming weeks;

(3)  The defendant and his counsel desire sufficient time to evaluate the charges contained in any Superseding Indictment that may be returned prior to having to file pretrial motions;

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24 day of August, 2011,

ORDERED that dates previously set in this matter are hereby adjourned as follows:

(a) defendant's motions shall be filed by Thursday, November 10, 2011;

(b) the government's response shall be filed by Thursday, December 1, 2011;

(c) hearing on the motions shall be held on Wednesday, December 7, 2011, at 10:00 a.m.; and

(d) trial in matter shall be held Tuesday, January 10, 2012, at 10:00 a.m.;

ORDERED that this action be, and it hereby is, continued from the date of this order until January 10, 2012; and it is further

ORDERED that the period from the date of this order until January 10, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER

United States District Judge

Form and entry
consented to:

L. Judson Welle
Assistant U.S. Attorney

James Tunick, Esq.
Counsel for defendant Sixing Liu

3

ORDERED that this action be, and it hereby is, continued from the date of this order until January 10, 2012; and it is further

ORDERED that the period from the date of this order until January 10, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

L. Judson Welle
Assistant U.S. Attorney

James Tunick, Esq.
Counsel for defendant Sixing Liu

3