UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-208 (SRC) |
| SIXING LIU | : | <u>ORDER FOR CONTINUANCE</u> |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (L. Judson Welle and Gurbir S. Grewal, Assistant U.S. Attorneys, appearing), and defendant Sixing Liu (James Tunick, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and two continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right to the extent of the continuance appearing below, and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Counsel for defendant has requested additional time to review discovery in this matter, which consists of, among other things, a significant number of electronic files as well as

documents that have been translated from the Chinese language to English;

(2) Counsel for the government has informed counsel for the defendant that the government anticipates seeking the return of a Superseding Indictment in this matter;

(3) The defendant and his counsel desire sufficient time to investigate the charges contained in any Superseding Indictment that may be returned prior to having to file pretrial motions;

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __17__ day of December, 2011,

ORDERED that this action be, and it hereby is, continued from the date of this order until May 1, 2012; and it is further

ORDERED that the period from the date of this order until May 1, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States District Judge

2

Form and entry
consented to:

_____
L. Judson Welle
Gurbir S. Grewal
Assistant U.S. Attorneys

_____
James Tunick, Esq.
Counsel for defendant Sixing Liu

3