IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 11-208 (SRC) |
| | ) Judge Stanley R. Chesler presiding |
| | ) Magistrate Madeline Cox Arleo |
| SIXING LIU | ) |

### FEDERAL RULE OF CRIMINAL PROCEDURE 10(b) WAIVER OF APEARANCE FOR ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT

Defendant, Sixing Liu ("Defendant"), by and through his attorney, James D. Tunick, in accordance with Federal Rule of Criminal Procedure 10(b), requests that he waive his presence in the United States District for the District of New Jersey for his scheduled arraignment on the Second Superseding Indictment and in supports states as follows.

I, Sixing Liu, am the Defendant in this case, and I have been charged in the Second Superseding Indictment with eleven (11) felony counts. I have received a copy of the Second Superseding Indictment and reviewed it in its entirety. I would like to waive my appearance in the United States District for the District of New Jersey for the arraignment on the Second Superseding Indictment. I am pleading not guilty to all eleven counts alleged in the Second Superseding Indictment. I will also be available to plead not guilty before this Honorable Court by way of telephonic conference for the scheduled arraignment, currently set for Tuesday Aril 17, 2012 at 1:30 p.m.

_____        04/09/12
Defendant, Sixing Liu                 Dated

_____        4/10/12
James D. Tunick                    Dated
Attorney for Defendant Sixing Liu

7/13/2012
SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.

## LAW OFFICE OF JAMES D. TUNICK
*Attorney at Law*

30 N. LaSalle Street, Suite 2140
CHICAGO, ILLINOIS 60602

FAX (312) 580-1839
TELEPHONE (312) 759-7626

JAMES D. TUNICK

April 11, 2012

Honorable Stanley R. Chesler
United States District Judge
United States District Court
For the District of New Jersey
Federal Square
Newark, NJ 07102

Re:   *United States v. Sixing Liu* Crim. No. 11-208 (SRC)

Dear Judge Chesler,

    As you are probably aware, the United States Attorney's has obtained a Second Superseding Indictment against Defendant, Sixing Liu. There are eleven (11) counts in the Second Superseding Indictment charged by the grand jury against Defendant. The only distinctions between the Superseding Indictment and the Second Superseding Indictment are that 1) there are two fewer allegations violations of the International Traffic in Arms Regulations ("ITAR") 2) there is one more count alleged for alleged false statements to federal agents, in violation of 18 U.S.C. Section 1001 and 3) the Second Superseding Indictment alleges, for the first time, that Defendant possessed a stolen trade secret. Defendant has previously pleaded not guilty to the alleged ITAR violations and the false statement allegations contained in the Superseding Indictment.

    Consistent with the provisions contained in Federal Rule of Criminal Procedure 10(b), Defendant is requesting a waiver of his appearance in the United States District Court for the District of New Jersey. Defendant and I have signed a waiver acknowledging receipt of the Second Superseding Indictment and that it has been reviewed it in its entirety. In the waiver, Defendant pleads not guilty to all eleven counts. Defendant will be available to plead not guilty before Your Honor by way of telephonic conference for the scheduled arraignment, currently set for Tuesday Aril 17, 2012 at 1:30 p.m. Thank you for your consideration of this matter.

Sincerely,

*/s/ James D. Tunick*
James D. Tunick

Via electronic mail to Jud.Welle@usdoj.gov
Via electronic mail to Gurbir.Grewal@usdoj.gov