IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 11-208 (SRC) |
| | ) Judge Stanley R. Chesler presiding |
| SIXING LIU | ) |

### ORDER GRANTING THE RETURN OF ALL MONIES POSTED AS SECURITY FOR BOND AND VOIDING ALL PREVIOUSLY IMPOSED CONDITIONS OF BOND

Defendant, Sixing Liu ("Defendant"), by and through his attorney, James D. Tunick, moves this Honorable Court for an order directing the Clerk of the United States District Court to return all monies posted as security for bond and for an order voiding all previously imposed conditions of bond, the Court being fully advised in the matter and for good and sufficient cause shown:

**WHEREFORE** on this ___17___ day of ___Oct___, 2012

1. **IT IS ORDERED**, the Clerk of the United States District Court for the District of New Jersey is hereby ordered to return all monies posted as security for bond to 939 Waukegan Rd. Apartment 1B Deerfield, Il 60015. All other conditions of bond previously imposed are hereby void.

**SO ORDERED:**

_____
United States District Court Judge Stanley R. Chesler