UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-208 (SRC) |
| SIXING LIU | : | O R D E R |

This matter having come before the Court on various motions of defendant Sixing Liu (James D. Tunick, Esq., appearing) and the United States of America (Paul J. Fishman, United States Attorney, by L. Judson Welle and Gurbir S. Grewal, Assistant United States Attorneys, appearing), and the Court having heard the arguments of counsel, and such motions being moot or having been adjudicated upon oral rulings made during course of the trial in the above-referenced case, and for the reasons stated on the record at trial, and for good cause shown,

IT IS on this ___ day of _____, 2012,

**ORDERED** that Defendant's Motion to Strike as Surplusage Paragraph 27 of the Superseding Indictment (Docket Entry 51) is hereby **DENIED AS MOOT;** and it is further

**ORDERED** that the Government's Motion in Limine to Admit Evidence Under F.R.E. 404(b) and 403 (Docket Entry 84) is hereby **DENIED IN PART AND GRANTED IN PART;** and it is further

**ORDERED** that the Government's Motion in Limine to Admit Evidence Under F.R.E. 404(b) and 403 (CORRECTED VERSION) (Docket Entry 85) is hereby **DENIED IN PART AND GRANTED IN PART**; and it is further

**ORDERED** that the Defendant's Motion in Limine to Exclude Evidence of Internet Web Page Exhibits is hereby **GRANTED**.

_____
HON. STANLEY R. CHESLER
United States District Judge