IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 11-208 (SRC) |
| | ) Judge Stanley R. Chesler presiding |
| SIXING LIU | ) |

## ORDER GRANTING THE RELEASE OF ALL IMPOSED HOLDS AND/OR FREEZES INSTITUTED BY ANY FINANCIAL INSTITUTION PURSUANT TO A PREVIOUS COURT ORDER IN CONNECTION WITH THIS CASE

Defendant, Sixing Liu ("Defendant"), by and through his attorney, James D. Tunick, moves this Honorable Court for an order releasing any and all holds and/or freezes imposed by financial institutions pursuant to a previously imposed court order in connection with this case, the Court being fully advised in the matter and for good and sufficient cause shown:

**WHEREFORE** on this _20_ day of _Dec_ 2012

1. **IT IS ORDERED**, any and all previously imposed holds/freezes instituted by a financial institution, pursuant to a previous court order in connection with this case, are hereby **ORDERED RELEASED**.

**SO ORDERED:**

_____
United States District Court Judge Stanley R. Chesler