

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*        *(973)645-2700*
*Newark, NJ 07102*

March 12, 2013

**HAND DELIVERY**

Honorable Stanley R. Chesler
United States District Judge
U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

         Re:    United States v. Sixing Liu, a/k/a "Steve Liu"
                  Criminal No. 11-208 (SRC)

Dear Judge Chesler:

      In connection with the above-referenced case, enclosed please find an original and one copy of: (1) the Sentencing Memorandum of the United States; and (2) Sentencing Appendix. Pursuant to Local Criminal Rule 11(b)(5), these documents are being excluded from the ECF System and are hereby filed in paper copy.

                                                  Respectfully submitted,

                                                  PAUL J. FISHMAN
                                                  United States Attorney

                                                  By: L. JUDSON WELLE
                                                     GURBIR S. GREWAL
                                                     Assistant U.S. Attorneys

Enclosures

cc:     James D. Tunick, Esq. (By FEDEX)
        United States Probation Office (By Hand Delivery)