

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*     *(973)645-2700*
*Newark, NJ 07102*

July 11, 2013

Honorable Stanley R. Chesler
United States District Judge
U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

      Re:    United States v. Sixing Liu, a/k/a "Steve Liu"
                Criminal No. 11-208 (SRC)

Dear Judge Chesler:

      Attached hereto is a proposed order of restitution in the above-referenced case. The parties have agreed to the form and entry of the order. The Probation Office has received a copy of the order and concurs. The entry of the order will avoid the necessity of a restitution hearing to determine the amount of mandatory restitution. The Court has scheduled such a hearing to commence on July 16, 2013.

      If a more formal submission is required, the government will provide one at the Court's direction. The undersigned Assistant United States Attorney may be reached at (973) 645-2735.

      Respectfully submitted,

      PAUL J. FISHMAN
      United States Attorney

      /s/ L. Judson Welle

      By: L. JUDSON WELLE
           Assistant U.S. Attorney

Attachment

cc:    James D. Tunick, Esq. (counsel for defendant Sixing Liu)
       Randi Martorano, Senior United States Probation Officer

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA    :    Hon. Stanley R. Chesler

       v.    :    Crim. No. 11-208 (SRC)

SIXING LIU    :    <u>ORDER OF RESTITUTION</u>

The defendant having been sentenced by the Court on March 25, 2013, and the final determination of the amount of mandatory restitution under 18 U.S.C. § 3663A having been deferred pursuant to 18 U.S.C. § 3664(d)(5), and the United States Attorney for the District of New Jersey (by L. Judson Welle, Assistant U.S. Attorney) and defendant Sixing Liu (by James Tunick, Esq.) having agreed that paragraph 34 of the final presentence investigation accurately sets forth the amount of mandatory restitution that is owed to Sensors in Motion based on its present knowledge, and the United States Probation Office having been consulted and concurring with the same, and based on the findings set forth below which are uncontested by the parties, and without prejudice or waiver to any claim, argument, or ground involved in the defendant's direct appeal from the Judgment in this case, and for good cause shown,

IT IS THE FINDING OF THIS COURT that:

(1) Sensors In Motion is a victim within the meaning of 18 U.S.C. § 3663A(a)(2) with respect to Count Seven (Theft of Trade Secrets) and Count Eight (Interstate Transportation of Stolen Property) of the Second Superseding Indictment;

(2) Sensors In Motion incurred necessary expenses during its participation in the investigation and prosecution of the offenses and attendance at proceedings related to the offenses, totaling $16,633.80, as further described in paragraph 34 of the final presentence investigation report.

IT IS, therefore, on this _____ day of July, 2013,

ORDERED that defendant Sixing Liu shall pay mandatory restitution in the amount of $16,633.80 to Sensors In Motion; and it is further

ORDERED that restitution shall be paid to the Clerk's Office and shall be distributed to:

> Sensors In Motion
> 9206 N.E. First Street
> Bellevue, WA 98004

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
L. Judson Welle
Assistant U.S. Attorney

_____
James Tunick, Esq.
Counsel for defendant Sixing Liu

2

      (2) Sensors In Motion incurred necessary expenses during its participation in the investigation and prosecution of the offenses and attendance at proceedings related to the offenses, totaling $16,633.80, as further described in paragraph 34 of the final presentence investigation report.

      IT IS, therefore, on this \_\_\_\_\_ day of July, 2013,

      ORDERED that defendant Sixing Liu shall pay mandatory restitution in the amount of $16,633.80 to Sensors In Motion; and it is further

      ORDERED that restitution shall be paid to the Clerk's Office and shall distributed to:

      Sensors In Motion
      9206 N.E. First Street
      Bellevue, WA 98004

      _____
      HON. STANLEY R. CHESLER
      United States District Judge

Form and entry
consented to:

_____
L. Judson Welle
Assistant U.S. Attorney

_____
James Turrick, Esq.
Counsel for defendant Sixing Liu

2